# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: ROGER L. HARDIN               §        Case No. 11-85405
       DEBORAH A. HARDIN             §
                                     §
                                     §
          Debtors                    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/20/2011.

2) The plan was confirmed on 07/02/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 10/19/2012, 12/27/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/20/2014.

6) Number of months from filing or conversion to last payment: 31.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $23,418.48.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 12,084.83 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 12,084.83 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 649.13 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,649.13 |
| Attorney fees paid and disclosed by debtor: | $ 1,500.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AIKEN & AIKEN, LLC - ATTORNEYS | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,000.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Sec | 0.00 | 173,611.23 | 0.00 | 0.00 | 0.00 |
| HARRIS BANK | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Uns | 4,642.00 | 6,354.35 | 6,354.35 | 1,123.34 | 0.00 |
| ANDERSON FIN NETWORK | Uns | 937.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Uns | 1,629.00 | NA | NA | 0.00 | 0.00 |
| DAVID BENDITZSON MD | Uns | 125.00 | 125.00 | 125.00 | 22.10 | 0.00 |
| OAK HARBOR CAPITAL IV LLC | Uns | 2,315.77 | 2,621.90 | 2,621.90 | 463.51 | 0.00 |
| CARE CREDIT / GECRB | Uns | 375.00 | NA | NA | 0.00 | 0.00 |
| CARY GROVE MEDICAL | Uns | 82.00 | 82.00 | 82.00 | 14.50 | 0.00 |
| FALLS COLLECTION SERVICE | Uns | 293.00 | 281.06 | 281.06 | 49.68 | 0.00 |
| CENTEGRA MEMORIAL MED CTR | Uns | 419.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 310.93 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 137.82 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 783.34 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 1,619.14 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 5,498.71 | 6,606.04 | 6,606.04 | 1,167.83 | 0.00 |
| CHASE AUTO FINANCE | Uns | 13,464.78 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITI | Uns | 24.76 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 261.10 | 216.86 | 216.86 | 38.34 | 0.00 |
| CITY OF CRYSTAL LAKE - EMS | Uns | 575.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Uns | 398.00 | 488.41 | 488.41 | 86.35 | 0.00 |
| CONSULTANTS IN NEUROLOGY | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 1,475.40 | 1,125.43 | 1,125.43 | 198.96 | 0.00 |
| DR DEVANG DHARIA | Uns | 744.00 | NA | NA | 0.00 | 0.00 |
| DR DEVANG DHARIA | Uns | 13.00 | NA | NA | 0.00 | 0.00 |
| EMC - OMAHA SERVICE CTR | Uns | 302.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING, LLC | Uns | 1,280.00 | 932.15 | 932.15 | 164.78 | 0.00 |
| CANDICA LLC | Uns | 11,732.45 | 11,732.45 | 11,732.45 | 2,074.09 | 0.00 |
| FIFTH THIRD BANK | Uns | 228.00 | NA | NA | 0.00 | 0.00 |
| FRANK MILEJCZYK MD | Uns | 460.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Uns | 135.54 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| HOME STATE BANK | Uns | 633.87 | NA | NA | 0.00 | 0.00 |
| HORIZON BEHAVIORAL HEALTH | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| HORIZON BEHAVIORAL HEALTH | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| HORIZON BEHAVIORAL HEALTH | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| HORIZON BEHAVIORAL HEALTH | Uns | 54.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Uns | 82.46 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Uns | 83.18 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Uns | 1,179.70 | 806.27 | 806.27 | 142.53 | 0.00 |
| LAKESIDE PSYCHOLOGY | Uns | 662.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 925.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC | Uns | 271.88 | 266.73 | 266.73 | 47.16 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC | Uns | 1,217.00 | 1,216.53 | 1,216.53 | 215.06 | 0.00 |
| MEDCLEAR INC | Uns | 490.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 6,555.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,654.00 | 1,702.55 | 1,702.55 | 300.98 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 6,834.00 | 6,892.03 | 6,892.03 | 1,218.39 | 0.00 |
| MORAINE EMERGENCY | Uns | 490.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL PAYMENT NETWORK | Uns | 1,403.00 | NA | NA | 0.00 | 0.00 |
| PAY PAL SMART CONNECT | Uns | 20.99 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 8,730.00 | 7,236.06 | 7,236.06 | 1,279.21 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PROVENA ST JOSEPH HOSPITAL | Uns | 291.00 | NA | NA | 0.00 | 0.00 |
| RADIO SHACK | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| SIGMA MEDICAL BILLING LLC | Uns | 132.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPHS CARE CENTER | Uns | 209.00 | NA | NA | 0.00 | 0.00 |
| S. HARSOOR MD SC | Uns | 285.00 | 1,045.00 | 1,045.00 | 184.73 | 0.00 |
| SUNEELA HARSOOR | Uns | 285.00 | NA | NA | 0.00 | 0.00 |
| SUNEELA HARSOOR | Uns | 475.00 | NA | NA | 0.00 | 0.00 |
| SYDNEY T WRIGHT MD | Uns | 369.00 | NA | NA | 0.00 | 0.00 |
| SYDNEY T WRIGHT MD | Uns | 369.00 | NA | NA | 0.00 | 0.00 |
| SYED ASGHAR MD | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| TANVEER AHMED MD | Uns | 133.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 1,380.00 | 1,061.54 | 1,061.54 | 187.66 | 0.00 |
| VETERANS ADMINISTRATION | Uns | 667.37 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MARTIN N PAISNER MD | Uns | 0.00 | 895.20 | 895.20 | 158.26 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 407.40 | 407.40 | 72.02 | 0.00 |
| MIDLAND FUNDING, LLC | Uns | 0.00 | 1,279.77 | 1,279.77 | 226.22 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 53,374.73 | $ 9,435.70 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 2,649.13 |
| Disbursements to Creditors | $ 9,435.70 |
| **TOTAL DISBURSEMENTS:** | $ 12,084.83 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: <u>10/29/2014</u>        By: <u>/s/ Lydia S. Meyer</u>
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)